**SUNBELT MACHINE WORKS CORP., Plaintiff–Appellee,**

v.

**ALL AMERICAN CNC SALES, INC. (doing business as Elite Machine Tool Co.), All American Sales, Inc. (doing business as CNC Repos, Inc.), Gateway International Holdings, Inc., and Tim Consalvi, Defendants–Appellants.**

No. 2010–1008.

United States Court of Appeals, Federal Circuit.

Dec. 14, 2009.

Warren D. Morten, Madison Harbor, ALC, Irvine, CA, for Defendants–Appellants.

Blake C. Erskine Jr., Erskine & Blackburn LLP, Austin, TX, for Plaintiff–Appellee.

### ORDER

Pursuant to this court's order filed November 25, 2009,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Fifth Circuit.